UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

KAREN POWELL, as Trustee for DAWN N.
POWELL MARITAL TRUST and DAWN N.      :    **ORDER REGULATING**
POWELL BYPASS TRUST,                  :    **PROCEEDINGS**

                 Plaintiff,     :    17 Civ. 4200 (AKH)
  -against-

LILLIAN N. NALL and THEA BADAL,

               Defendants.

------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On September 25, 2020, I held a status conference in the above-captioned matter. At the conference, the parties represented that they had reached a settlement and were only awaiting signature from Defendant Lillian N. Nall. The parties shall appear for a status conference on October 16, 2020, at 10:00 a.m. If the settlement is not consummated by then, I will schedule a hearing for the purpose of determining whether sanctions are appropriate for the continued delay in proceedings.

        SO ORDERED.

Dated:    September 29, 2020
              New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-29-20