UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KAREN POWELL, as Trustee for DAWN N. POWELL MARITAL TRUST and DAWN N. POWELL BYPASS TRUST, | **ORDER REGULATING PROCEEDINGS** |
| Plaintiff, | 17 Civ. 4200 (AKH) |
| -against- | |
| LILLIAN N. NALL and THEA BADAL, | |
| Defendants. | |

---

ALVIN K. HELLERSTEIN, U.S.D.J.:

On October 16, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, this matter shall proceed as follows:

1. On November 19, 2020, at 2:30 p.m. (Mountain Time Zone), the parties, or their duly authorized delegates, shall appear for a closing to consummate this settlement at a Wells Fargo Bank branch in Utah to be identified by Plaintiff.

2. Plaintiff shall notify the parties of the location of such bank branch via a letter posted to ECF on or before October 23, 2020.

3. The November 19, 2020 closing shall be cancelled if the parties close and consummate this settlement prior to that date.

4. Finally, the parties are directed to appear for a status conference on December 4, 2020. The Court will notify the parties at a later date whether such conference will be held in-person or telephonically.

SO ORDERED.

Dated:   October 16, 2020              \_\_\_\_\_/s/ Alvin K. Hellerstein_____
         New York, New York            ALVIN K. HELLERSTEIN
                                       United States District Judge